1  ANDREW T. KOENIG, State Bar No. 158431
2  Attorney at Law
   199 Figueroa Street, 3rd Floor
3  Ventura, California 93001
   Telephone: (805) 653-7937
4  Facsimile: (805) 653-7225
5  E-Mail: andrewtkoenig@hotmail.com

6  Attorney for Plaintiff Carrie Louise Grisham

7              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
8                  SACRAMENTO DIVISION
9

10 | CARRIE LOUISE GRISHAM, | ) | CASE NO. 2:14-CV-00219-CKD |
|---|---|---|
|                          | ) |  |
11 | Plaintiff,             | ) | ORDER |
|                          | ) | AWARDING ATTORNEY'S |
12 | v.                     | ) | FEES PURSUANT |
|                          | ) | TO THE EQUAL ACCESS TO |
13 |                        | ) | JUSTICE ACT |
|                          | ) |  |
14 | CAROLYN W. COLVIN,     | ) |  |
   | ACTING COMMISSIONER OF SOCIAL | ) |  |
15 | SECURITY,              | ) |  |
|                          | ) |  |
16 |                        | ) |  |
   | Defendant.             | ) |  |
17 |_____| ) |  |

18       Based upon the parties' Stipulation for Award of Fees under the

19 Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is

20 awarded attorney fees under the Equal Access to Justice Act in the amount of

21
22 FOUR-THOUSAND SEVEN-HUNDRED DOLLARS AND NO CENTS

23 ($4,700.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

24 /////

25 /////

26

Stipulation.

Dated:  February 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE